

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY**,
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST**, The RE Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of the RE Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Attorney Ira S. Lipsius, on behalf of appellees, filed a motion to appear in this court *pro hac vice*. Attorney Keith A. Kendall filed a motion in support of Mr. Lipsius's request to appear *pro hac vice*. We have reviewed both motions and **ORDER** that both motions be **GRANTED**. Mr. Lipsius is permitted to appear in appeal number 04-13-00719-CV until its conclusion in this court.

It is so ORDERED on this 13th day of May, 2014.

PER CURIAM

Attested to: _____
Keith E. Hottle
Clerk of Court

